IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr134

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMES RICHARD RICKS ) <br> ) | ORDER |

THIS MATTER is before the Court on the Judgment of the United States Court of Appeals for the Fourth Circuit reversing the defendant's conviction. (Doc. No. 34).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant James Richard Ricks (Reg. No. 20833-058 ) present in Charlotte, North Carolina not later than December 1, 2009, for trial calendar call on December 7, 2009, at 9:30 a.m.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: October 21, 2009

Robert J. Conrad, Jr.
Chief United States District Judge